### 37348. MESSER v. HEWITT.

FELTON, Chief Judge. 1. The defendant having admitted the execution of the note and pleaded want of consideration, a prima facie case was made out for the plaintiff, and the defendant assumed the burden of proof as to the plea. *Ray* v. *Marett,* 84 *Ga. App.* 86 (65 S. E. 2d 646) ; *Morgan's, Inc.* v. *Mons,* 79 *Ga. App.* 525 (2) (54 S. E. 2d 498).

2. The evidence did not demand a finding that the note was given for the suspension, suppression or discontinuance of a criminal prosecution. Therefore, the court was authorized to find against the plea and in favor of the plaintiff.

The court did not err in denying the motion for new trial.

*Judgment affirmed. Quillian and Nichols, JJ., concur.*

DECIDED OCTOBER 30, 1958.

*Miles B. Sams,* for plaintiff in error.

*Troutman, Sams, Schroder & Lockerman, Tench C. Coxe, Robert L. Pennington,* contra.